IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FUEL RECHARGE YOURSELF, INC.** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-4477** |
| | : | |
| **AMCO INSURANCE COMPANY, et al.** | : | |

## ORDER

This 11th day of February, 2021, it is hereby **ORDERED** that Plaintiff's Motion for Leave to File a Sur-Reply, (ECF 27), is **DENIED as moot.** Under the Court's Guidelines, leave is not required, and the Sur-reply Brief has been considered.

It is further **ORDERED** that Defendant's Motion to Dismiss, (ECF 18), is **GRANTED**. This matter shall be closed for statistical purposes.

    /s/ Gerald Austin McHugh
United States District Judge